FILED

7/24/2024

Clerk, U.S. District Court
District of Montana
Billings Division

John M. Morrison
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
P.O. Box 557
401 N. Last Chance Gulch
Helena, MT  59624
(406) 442-3261 Phone
(406) 443-7294 Fax
john@mswdlaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NATHAN JUDD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROSTYSLAV VINAROV,<br><br>　　　　　Defendants. | Cause No. **CV-24-99-BLG-TJC**<br><br>**COMPLAINT AND<br>JURY DEMAND** |

COMES NOW, Plaintiff, through counsel and, for his Complaint in the above-captioned matter, alleges as follows:

## INTRODUCTION

1. This is a clear liability case in which a Sprinter cargo van driven by Defendant slid on ice and crashed into the rear end of Plaintiff's pickup truck, causing physical injuries that included a debilitating torn rotator cuff

that required surgical repair. Defendant was cited by investigating Montana Highway Patrol trooper for driving in a distracted, inattentive or careless manner, too fast for conditions, and following too closely. The cargo van sustained disabling damage from the impact and was towed away.

## PARTIES

2. Plaintiff Nathan Judd is a citizen and resident of Montana who lives and operates his business out of Clyde Park.

3. Defendant Rostyslav Vinarov is a citizen and resident of the state of California.

## JURISDICTION AND VENUE

4. This court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the plaintiffs and all defendants and the amount in controversy exceeds $75,000.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the collision in question occurred in Park County, within the Billings division of the Montana district.

## GENERAL ALLEGATIONS

6. On or about December 6, 2022, the parties were driving their vehicles westbound on Interstate 90 in the right lane in Park County, Montana. The roads were covered in hard packed snow and ice. Conditions included

blowing snow and cross winds. A previous crash had occurred, and Plaintiff slowed his vehicle to approximately 25 mph as he approached the ongoing towing operation related to that crash.

7. Defendant Vinarov was following Plaintiff too closely and braked hard to avoid a collision. He lost control of the cargo van he was driving, which rotated approximately 90 degrees counterclockwise. Defendant's cargo van then crashed into the rear of Plaintiff's pickup causing violent impact to Plaintiff's pickup and Plaintiff's body.

## COUNT I
## NEGLIGENCE

8. Plaintiff incorporates herein by reference all allegations above as if fully set forth.

9. Defendant Vinarov had a duty to exercise reasonable care in the handling of his vehicle and failed to do so, driving instead in a negligent manner.

10. As a direct and legal result of the Defendant's negligence, Plaintiff sustained significant physical and mental injuries entitling him to economic and non-economic damages.

## COUNT II
## NEGLIGENCE *PER SE*

11. Plaintiff incorporates herein by reference all allegations above as if fully set forth.

12. Defendant Vinarov's conduct violated § 61-8-329(1), Mont. Code Ann., therefore constitutes negligence *per se*.

13. As a direct and legal result of the Defendant's negligence *per se*, Plaintiff sustained significant physical and mental injuries entitling him to economic and non-economic damages.

WHEREFORE, Plaintiff respectfully prays this Court to enter judgment in his favor and award damages including:

1. Past and future medical expenses;
2. Lost earnings;
3. Lost earning capacity;
4. Lost value of household services;
5. Pain and suffering;
6. Emotional distress;
7. Lost enjoyment of life;
8. Any other special and general damages;
9. Such other amounts as this court may deem to be just and owing.

## DEMAND FOR JURY TRIAL

Pursuant to F. R. Civ. P. 38, Plaintiffs hereby demand a trial by jury.

DATED this 24th day of July 2024.

                          MORRISON, SHERWOOD, WILSON, DEOLA, PLLP

              By: _____
                          John M. Morrison
                          *Attorney for Plaintiff*