IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATHAN JUDD, | CV 24-99-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ROSTYSLAV VINAROV; ROSSVAN LLC; and ROSSVAN ONE CORPORATION, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 29), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 23rd day of December, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1